UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SYRAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEXISNEXIS GROUP, a corporation;<br>REED ELSEVIER INC., a corporation;<br>and SEISINT, INC., a corporation,<br><br>　　　　　Defendants. | Civil Nos.　05-CV-0909 LAB (CAB);<br>　　　　　　　06-CV-2360 LAB (CAB)<br><br><br>**ORDER GRANTING JOINT MOTIONS<br>FOR CONTINUANCE OF MANDATORY<br>PRE-TRIAL CONFERENCE** |
| MARK WITRIOL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LEXISNEXIS GROUP, a corporation;<br>REED ELSEVIER INC., a corporation;<br>and SEISINT, INC., a corporation,<br>　　　　　Defendants. | |

1   Pursuant to the parties' Joint Request For Continuance Of Mandatory Pre-Trial
2   Conference, and good cause appearing therefore, it is hereby ordered that the Pre-Trial
3   Conference in these cases, currently set for November 15, 2007 at 11:15 a.m., is continued to
4   Monday, February 11, 2008 at 11:15 a.m.  No further continuance of the Pre-Trial Conference
5   will be granted.
6   **IT IS SO ORDERED**.

7
8   Dated: November 8, 2007           _/s/ Larry A. Burns_____
       **Hon. Larry A. Burns**
       **United States District Judge**

CASE NO. 05-CV-0909 LAB (CAB)
CASE NO. 06-CV-2360 LAB (CAB)