|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JAMES SYRAN, on behalf of himself and those similarly situated, | Civil No.   05cv0909 LAB (CAB); 06cv2360 LAB (CAB) |
| --- | --- |
| Plaintiff, | **ORDER SETTING FILING AND HEARING DATES FOR MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT** |
| v. | |
| LEXIS NEXIS GROUP, et al., | |
| Defendants. | |
| MARK WITRIOL, on behalf of himself and those similarly situated, | |
| Plaintiff, | |
| v. | |
| LEXISNEXIS GROUP, et al., | |
| Defendants. | |

Based upon the representations of counsel that the parties are ready to file a joint motion for preliminary approval of the class settlement, this Court HEREBY ORDERS:

1. The parties shall file a joint motion for preliminary approval of the class settlement by **February 29, 2008**, which shall include a proposed schedule for issuing the notice of class settlement and for the final fairness hearing;

2. The hearing for the joint motion for preliminary approval of the class settlement will be held on **April 14, 2008**, at **10:00 a.m.**; and

///

1      3. No appearances are required for the April 14, 2008 hearing, unless the Court so
2   instructs.
3      **IT IS SO ORDERED**.

5   DATED: February 11, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge